UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEX GORIN**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**HARTFORD LIFE INSURANCE COMPANY,**<br><br>　　　　　　Defendant. | Case No. CV 19-6174 DMG (SKx)<br><br><br>**JUDGMENT** |

　　The Court having granted Defendant Hartford Life Insurance Company's motion to dismiss by Order dated April 29, 2020 [Doc. # 20],

　　IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendant and against Plaintiff Alex Gorin.

DATED: April 30, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-